In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Appellants, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Which May Be Injured by the Change of Grade of Swan and Jefferson Streets.

THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants; MARY A. ANDERSON et al., Respondents.

(Submitted April 24, 1911; decided May 2, 1911.)

MOTION to amend remittitur.   (See 201 N. Y. 32.)

Motion granted.   Remittitur to be recalled and amended by striking therefrom the provision allowing costs in all courts, and inserting instead thereof a provision that the reversal is without costs to either party.

---

ANNIE L. JACKSON, as Administratrix of the Estate of ROBERT JACKSON, Deceased, Respondent, v. MARGARET H. GREENE et al., Appellants.

(Submitted April 24, 1911; decided May 2, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 201 N. Y. 76.)

---

EISEK KORN et al., Respondents, v. MAX LIPMAN et al., Appellants.

(Submitted April 24, 1911; decided May 2, 1911.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs.   (See 201 N. Y. 404.)